## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Curtis L. Stiff & Arlene Berry-Stiff aka Arlene Stiff

Case Number: 16-07150

An appearance is hereby filed by the undersigned as attorney for:

Liberty Revolving Trust

Attorney name (type or print): Timothy R. Yueill

Firm: Law Offices of Ira T. Nevel, LLC

Street address: 175 N. Franklin St., Ste. 201

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6192172
~~(See item 3 in instructions)~~

Telephone Number: 312-357-1125

Email Address: TimothyY@nevellaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/18/19

Attorney signature: S/ Timothy R. Yueill

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015